Exhibit No. 1

BOOK 2019 PAGE 0667

## ORDER FOR CHANGE OF NAME (ADULT)

Commonwealth of Virginia    VA. CODE §§ 8.01-217, 20-121.4

Case No. ...... CL19000438-00

VIRGINIA: In the Circuit Court of the [ ] City [X] County of .. SMYTH .......................................

*In re:* JAMAL KEMO SAUNDERS

This day came the applicant having filed his/her verified application requesting the change of his/her name from

| JAMAL | KEMO | SAUNDERS | |
|-------|------|----------|---|
| FIRST | MIDDLE | LAST | SUFFIX |

to

| FOREVER | AL-MANI | HAMILTON | I |
|---------|---------|----------|---|
| FIRST | MIDDLE | LAST | SUFFIX |

Additional former name(s) of the applicant: JAMAL KEMO SAUNDERS .....................................

The applicant's address is: 110 WRIGHT STREET, MARION, VA  24354 ........................................

[X]  The Court finds that

    [X]  the application complies with the requirements of subsection B of Virginia Code § 8.01-217,

    [ ]  a motion was made pursuant to Va. Code § 20-121.4 incident to divorce,

    the change of name is not sought for any fraudulent purpose, and the change of name would not otherwise infringe upon the rights of others.

[X]  The Court previously found that the applicant is presently incarcerated, a probationer, or a person for whom registration with the Sex Offender and Crimes Against Minors Registry is required but found good cause for consideration of the application and conducted a hearing on the application.

    [X]  The Court finds that the change of name would not frustrate a legitimate law enforcement purpose, is not sought for a fraudulent purpose, and would not otherwise infringe upon the rights of others.  The basis for this finding is as follows: RELIGIOUS OBLIGATIONS AS STATED IN APPLICATION ..........................................

Accordingly, it is ADJUDGED and ORDERED that

[X]  The applicant's name is hereby changed, effective this date, to

    FOREVER AL-MANI HAMILTON I ........................................................................

and this cause is ended.

[X]  The Clerk of this Court shall forthwith spread this Order upon the current deed book, indexing the order in both the old and new names.

[X]  The Clerk of this Court shall further transmit a certified copy of this Order and the application to the State Registrar of Vital Records and to the Central Criminal Records Exchange.

[ ]  This change of name is granted incident to a divorce and the Clerk shall not transmit any copy of this Order to the Registrar of Vital Records or to the Central Criminal Records Exchange.

[ ]  Public recording of the name change would pose a serious threat to the health or safety of the applicant/applicant's family and the record of this cause is hereby Ordered sealed. The Clerk shall not spread or index this Order and shall not transmit any copy of this Order to the Registrar of Vital Records or to the Central Criminal Records Exchange.

[ ]  The application for change of name is hereby denied and this cause is dismissed.

Entered this .. 25ᵗʰ ..... day of .. April .......................................... 2019 ...

Seen r Not Objected

A COPY, TESTE;
JOHN H. GRAHAM, CLERK OF THE
CIRCUIT COURT OF SMYTH COUNTY

JUDGE

BY .....................
DEPUTY CLERK

FORM CC-1412 MASTER 07/14

*(handwritten left margin, vertical)* 4-25-19cc FH, BVR, CCRE, Recording Clerk